LOJO REALTY COMPANY, INC., Respondent, *v.* ESTATE OF
ISAAC G. JOHNSON, a Corporation, Appellant.

(Submitted November 19, 1934; decided November 27, 1934.)

*John Jay McKelvey* opposed.

Motion denied.